

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,505-01

### EX PARTE CUONG TRAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-15-900145-A FROM TRAVIS COUNTY

*Per curiam*. SLAUGHTER, J., would remand. YEARY, J., dissented.

### O P I N I O N

The State charged Applicant with third-degree felony assault. TEX. PENAL CODE §§ 22.01 (a)(1), (b)(2)(B). A jury convicted and assessed a six-year sentence. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Before trial, the State offered Applicant a plea deal for misdemeanor assault with time served. The habeas record shows that Applicant either was not informed of the plea offer, which he would have accepted, or rejected the plea offer based on bad advice. *See Lafler v. Cooper*, 132 S.Ct. 1376 (2012); *Missouri v. Frye*, 132 S.Ct. 1399 (2012). The trial court, with the State's agreement, recommends granting habeas relief.

The findings and recommendation are supported by the habeas record. Relief is granted. *Id.*; *Strickland v. Washington*, 466 U.S. 668 (1984). The judgment in cause number D-1-DC-15-900145 from the County Court No. 4 of Travis County is set aside. Applicant is remanded to the custody of the Sheriff of Travis County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 3, 2021
Do not publish